

Department of Law

CIVIL DIVISION

P.O. Box 110300
Juneau, Alaska 99811
Main: 907.465.3600
Fax: 907.465.2520

December 27, 2022

Molly C. Dwyer
Clerk of Court
U.S. Court of Appeals for the Ninth Circuit
95 7th Street
San Francisco, CA 94103

    RE:    *Friends v. Haaland*
                Case No. 20-35721, 20-35727, and 20-35728
                Matter ID #2020200538

Dear Ms. Dwyer,

        As authorized by Appellate Rule 28(j), the intervenor State of Alaska and the intervenor King Cove Corporation (Intervenors) submit this prompt response to the Appellees' (Friends) purported letter of supplemental authority. Docket 136. In their supplemental argument the Friends make at least two misrepresentations, to which the Intervenors respond with actual quotations from the excerpt of record.

        The Friends' supplemental argument conflates Secretary Jewell's required evaluation of *subsistence uses*, as required by Section 810 of ANILCA, with Secretary Bernhardt's consideration of ANILCA's Section 101(c) purpose "to provide the opportunity for rural residents engaged in a *subsistence way of life* to continue to do so." 16 U.S.C. § 3120 and 16 U.S.C. § 3101(c), respectively. Secretary Jewell noted: "When an EIS must be prepared for an activity, such as here, an analysis of whether or not the action significantly restricts subsistence uses and needs is required by Section 810 to be

Letter to Molly Dwyer	December 27, 2022
*Friends v. Haaland*	Page 2

incorporated into the EIS." 2-ER-55. Counsel for the Interior Department accurately presented the conclusion of Secretary Jewell's ANILCA Section 810 evaluation as: "There would be no significant restriction to subsistence uses under any of the alternatives." Oral Argument Audio at 1:14:04 to 1:14:17 (quoting 2-ER-56).

The Friends also overreach by stating: "Secretary Jewell explained that 56 Alaska Native villages opposed the road." Docket 136 at 2. The 2013 Record of Decision more precisiely notes the perspective from "the Association of Village Council Presidents [AVCP] for 56 Alaska Native villages in the Yukon-Kuskokwim Delta region of Alaska, which describe their subsistence uses of waterfowl species that depend on the Izembek Refuge." 2-ER-53. There is no AVCP statement of opposition to the King Cove road in the record, although the ROD reports a statement of opposition from the president of the Native Village of Hooper Bay, located 467 miles from King Cove, and he reports opposition from Yukon-Kuskokwim Delta region villages. 2-ER-53.

Respectfully submitted,

TREG R. TAYLOR
ATTORNEY GENERAL

By:	/s/ Sean Lynch
	Sean Lynch
	Assistant Attorney General

SPL/nrs